618

STATE of Missouri, Respondent,

v.

Ronald D. OLINGER, Appellant.

No. WD 51765.

Missouri Court of Appeals,
Western District.

Oct. 1, 1996.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Nov. 26, 1996.

Application to Transfer Denied
Jan. 21, 1997.

Roy Brown, Kearney, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas
City, for respondent.

Before HANNA, P.J., and SMART and
EDWIN H. SMITH, JJ.

**ORDER**

PER CURIAM.

The defendant, Ronald Olinger, appeals
from his conviction by a jury of involuntary
manslaughter, § 565.024.1(1), RSMo 1994,
and sentence of six years imprisonment.

Affirmed.  Rule 30.25(b).